# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | SA:16-CR-00558(1)-XR |
| § | |
| (1) JOSEPH P. KARPOWICZ § | |

## ORDER OF REFERRAL

The court having considered the consent by the Defendant, refers this case to the United States Magistrate on duty for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to final approval and imposition of sentence by the United States District Court.

IT IS SO ORDERED this 10th day of August, 2016.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE