# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| USA <br> *Plaintiff* <br><br> vs. <br><br> (1) Joseph P. Karpowicz <br> *Defendant* | § <br> § <br> § <br> § Case Number: SA:16-CR-00558(1)-XR <br> § <br> § |

# ORDER SETTING INITIAL APPEARANCE AND PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **10:30 AM, in Courtroom C, on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX on Wednesday, August 24, 2016**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **11th day of August, 2016.**

_____
HENRY J. BEMPORAD
U.S. MAGISTRATE JUDGE