Filed 8-24-16
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number: SA:16-CR-00558(1)-XR |
| (1) Joseph P. Karpowicz | § § | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: August 24, 2016

_____
Defendant's signature

_____
Signature of defendant's attorney

Stephen Foster
_____
Printed name of defendant's attorney

_____
Judge's signature

Henry J. Bemporad
_____
Judge's printed name and title