UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIMINAL NO:  SA:16-CR-00558(1)-XR |
| § | |
| (1) JOSEPH P. KARPOWICZ § | |

### *O R D E R*

On this day came on to be considered Defendant's Unopposed Motion to Continue Sentencing scheduled for January 11, 2017.  Upon consideration, the Court is of the opinion that the motion should be granted.

It is hereby ORDERED that Defendant's Unopposed Motion to Continue Sentencing **(Doc. No. 19)** is GRANTED.

It is FURTHER ORDERED that the above entitled and numbered cause is rescheduled for **Sentencing on January 11, 2017, at 1:30 p.m.** in Courtroom Number 3, First Floor of the John H. Wood, Jr., United States Courthouse, 655 E. Cesar Chavez Boulevard., San Antonio, Texas.

Signed this 18th day of October, 2016.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE