EXHIBIT "A"

EXHIBIT "A"



Maverick Transportation, LLC.
P.O. Box 16173
Little Rock, AR 72231


Dear Joseph Karpowicz,


We have completed your background investigations and your application has been pre-approved for orientation pending you obtaining your Commercial Driver License (CDL). Upon obtaining your CDL you will be extended an invitation to attend our orientation in Little Rock, AR for further consideration of employment with Maverick Transportation LLC. We look forward to scheduling your orientation soon.

If you have any questions or concerns please feel free to contact us at 1-800-289-1100 or email us at recruiting@maverickusa.com.


Be sure to check out our recruiting and student training videos online!
Visit Maverick's website and click on our media center or student program page!
www.maverickusa.com/media-center/maverick-videos
www.maverickusa.com/driving-jobs/student-program


Sincerely,

The Maverick Recruiting Department
Maverick Transportation, LLC.
www.drivemaverick.com
800.289.1100
501.955.4256 fax

Facebook.com/MaverickTransportationLLC
@DriveMaverick

## GLASS STUDENT DRIVER – Invitation to Orientation

- Your orientation pay will be $550. In addition, you will receive a $50 Visa Card on Sunday. Orientation pay is on first paycheck and will be on your second Friday with Maverick.
- If hired, your starting pay will be $550 a week while you are training and mileage pay is dependent on your division.
- We have two forms of payment: Direct deposit or Comcheck. If you choose direct deposit, you will need to bring a voided or cancelled check.
- Do you have an email address? If no – you must have an email account set up for payroll information.
- You will need to be here for orientation by 7:00 am on Sunday morning.
- Your physical and drug screening test will be paid for by Maverick and you will also be subject to random drug screens. You will receive a DOT urinalysis and a non DOT hair follicle test. Please be prepared to donate at least 1 inch of hair for the test.
- Maverick will pay for a sleep apnea screening. If necessary, Maverick will supply the CPAP machine and payroll deducts the cost (27 weeks at $10/week).
- Maverick's rider policy is for immediate family members, 13 years of age and older, one rider at a time.
- Pets are not allowed.
- Alcohol is not allowed on Maverick property.

### You will need to bring the following:

1. Social Security Card
2. CDL

(Name must match the name on CDL and orientation will NOT accept a laminated card)

### Why can't I have a laminated Social Security Card?

https://faq.ssa.gov/link/portal/34011/34019/Article/3786/Can-I-laminate-my-Social-Security-card



3. Social Security #'s and Birth Dates for everyone who will be covered on your insurance.

4. Emergency contact information.
5. Logs for the last seven days (if applicable)
6. TWIC CARD (Transportation Worker Identification Credential) which allows you in and out of our nation's ports. If you do not have one, Maverick will set this up for you if you are hired. We will pay for it up front and payroll deduct $26.50 over 5 pay periods once you receive your TWIC card. <u>You will need to provide your birth certificate or a certified copy of your birth certificate to apply for TWIC.</u>

# Why a photocopy of your birth certificate isn't acceptable for official business?

https://www.vitalchek.com/Information/BirthCertificate/Is-A-Photocopy-Acceptable-As-An-Official-Birth-Certificate.pdf



7. <u>Passport or Passcard</u> (This is <u>required</u> for the glass division). Please provide recruiting with a copy of your passport/passcard or a copy of receipt that application has been completed.