EXHIBIT "B"

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CASE NUMBER 5:16-CR-00558-XR |
| JOSEPH P. KARPOWICZ | § § | |

| | |
|---|---|
| STATE OF TEXAS | § |
| BEXAR COUNTY | § |

### AFFIDAVIT OF JOSEPH P. KARPOWICZ

Before me, the undersigned notary, on this day personally appeared JOSEPH P. KARPOWICZ, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. "My name is Joseph P. Karpowicz. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

2. "I was offered an employment position that requires a valid passport."

3. "If the Court orders my passport to be returned to me, I understand that I may only use my passport for employment purposes."

4. "If the Court orders that I may leave the United States of America, I understand that I must contact the Pretrial Services Department upon my departure from, as well as my return to the United States of America."

5. "If the Court orders that I may leave the United States of America, I understand that I must provide the United States Pretrial Services Department a detailed written itinerary of any and all trips out of the country prior to my departure."

FURTHER AFFIANT SAYETH NAUGHT.

JOSEPH P. KARPOWICZ

Subscribed and sworn to before me on the 17 day of Nov, 2016 by Joseph P Karpow; proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature of Notary Public
My Commission Expires on: 09-30-2018