UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CASE NUMBER 5:16-CR-00558-XR |
| | § | |
| JOSEPH P. KARPOWICZ | § | |

## ORDER on DEFENDANT'S UNOPPOSED MOTION TO PERMIT DEFENDANT POSSESSION OF DEFENDANT'S PASSPORT

BE IT REMEMBERED, on this day came on to be considered the above and foregoing DEFENDANT'S UNOPPOSED MOTION TO PERMIT DEFENDANT POSSESSION OF DEFENDANT'S PASSPORT. After consideration, it is the opinion of the Court that the same be:

[   ] GRANTED

[   ] DENIED

SIGNED this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE