UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:16-CR-00558(1)-XR |
| | § | |
| (1) JOSEPH P. KARPOWICZ | § | |

## ORDER RESETTING SENTENCING

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING** in Courtroom 3, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Wednesday, March 29, 2017 at 01:30 PM**.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

    IT IS SO ORDERED this 14th day of December, 2016.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE